MARK J. KENNEY (CSB No. 87345)
DUANE M. GECK (CSB No. 114823)
DONALD H. CRAM, III (CSB No. 160004)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
Email: dhc@severson.com

PAUL S. COSGROVE (State Bar No. 81195)
LINDSAY, HART & WEIGLER, LLP
1300 S.W. 5th Avenue, Suite 3400
Portland, OR 97201
Telephone: (503) 226-7677
Facsimile: (503) 226-7697
Email: pcosgrove@lindsayhart.com

Attorneys for Plaintiff
FORD MOTOR CREDIT
COMPANY LLC

FILED
JAN 2 7 2009

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>JK GLADSTONE FORD, LLC, an Oregon Limited Liability Company, and JOE KHORASANI, an individual,<br><br>Defendants. | Case No. CV 09-0097pk<br><br>[PROPOSED] ORDER ISSUING TEMPORARY RESTRAINING ORDER |

The Application of Ford Motor Credit Company LLC ("Ford Credit"), a Delaware limited liability company, for the issuance of an order for writ of possession and for injunctive relief came on before the Honorable James A. Redden United States District Court Judge for the District of Oregon.

The Court, having reviewed the application of Ford Credit for writ of possession and injunctive relief, the supporting declarations and memorandum of points and authorities and the complaint on file in this action, and any opposition filed to the application, finds that Ford Credit has established that it is entitled to the issuance of a Writ of Possession and has established the probable validity that there is an immediate danger that the proceeds from the disposition of defendant's franchise may become unavailable to levy and may become substantially impaired in value, and

GOOD CAUSE APPEARING, THEREFORE,

IT IS HEREBY ORDERED that:

1. Defendant, JK Gladstone Ford, LLC ("JK Gladstone") has received timely and proper notice of this hearing on Plaintiff Ford Credit's Application for Writ of Possession and Injunctive Relief under the Court's Local Rules.

2. Ford Credit has established the probable validity of its security interest in, and claim to possession of, all general intangibles and the proceeds there from (collectively referred to as the "Collateral"), that Defendant JK Gladstone is in default on its loan obligations owing to Ford Credit as set forth in the moving papers.

3. Ford Credit has established that the Collateral is located at JK Gladstone's bank: US Bank of Portland, Oregon, Account No. 153695027810 (the "Bank").

4. JK Gladstone is restrained from removing any of the Collateral, including the proceeds held in the Bank or any other account, in such manner as to make it less available to seizure by levying officer and/or impairing the value of the subject Collateral.

5. JK Gladstone, its agents, employees, and all persons acting for it or on its behalf, are hereby immediately restrained and enjoined from transferring any

interest in the Collateral, including the proceeds held in the Bank or any other account, by lease, sale, pledge, gift, or grant of security interest or otherwise disposing of, encumbering, secreting or transferring possession of the Collateral, in any manner which would prevent, hinder, or delay the levying officer from taking possession of the Collateral.

6. Defendant JK Gladstone, its agents, employees and anyone acting on its behalf, are enjoined and restrained from transferring any interest by sale, pledge, gift or grant of security interest or otherwise disposing of, or encumbering the Collateral.

7. Hearing on Ford Credit's application for writ of possession and injunctive relief is set in this Courtroom on _March_ _16_, 2009, at _1:30_ _p_.m. JK Gladstone shall file and serve any responsive papers no later than _February_ _10_, 2009. Ford Credit shall file any reply papers no later than _February_ _24_, 2009. Service of JK Gladstone's response or Ford Credit's reply may be made by facsimile.

8. This order shall issue January _27_, 2009, at _1:30 p_.m.

9. This Order shall remain in effect until modified by further order of this Court, or else is modified by written agreement signed by Plaintiff Ford Credit and Defendant JK Gladstone filed with and approved by order of this Court.

DATED: January _27_, 2009

_____
United States District Court Judge